# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF. IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Evelyn v. Rantab Enterprises Incorporated    Docket No.: 25-84

Name of Party: Defendants-appellees City of New York, NYPD Officers #1 & #2, John Doe

Status of Party (e.g., appellant, cross-appellee, etc.): Appellees

Check one of the three options below:

☐ I want oral argument.

☑ I want oral argument only if at least one other party does.

☐ I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Philip W. Young

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

June 3 - 20; June 27

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by**:

Print Name: Philip W. Young    Date: 05/16/25

Signature: /s/ Philip W. Young

(Revised December 2011)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Evelyn

**CERTIFICATE OF SERVICE***

Docket Number: 25-84

v.

Rantab Enterprises Incorporated

I, Philip W. Young , hereby certify under penalty of perjury that
(print name)
on May 16, 2025 , I served a copy of Oral Argument Statement
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery        X United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Royce Corley | 1207 Delaware Ave., Ste. 1619 | Wilmington | DE | 19806 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

05/16/25                                             /s/Philip W. Young
Today's Date                                          Signature

Certificate of Service Form (Last Revised 12/2015)