## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF. IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Evelyn v. Rantab, et al.                    Docket No.: 25-84

Name of Party: Royce Corley, pro se

Status of Party (e.g., appellant, cross-appellee, etc.): Plaintiff-Appellant

Check one of the three options below:

[✓] I want oral argument.

[ ] I want oral argument only if at least one other party does.

[ ] I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

If **you want oral argument**, state the name of the person who will argue:

Name: Royce Corley, pro se

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

If **you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

Not available Fridays after 4pm or Saturdays. Not available on the following days within the next

6 to 20 weeks: June 5th, 6th, 12th, 25th or 26th, July 14th or 15th, October 2nd or November 30th.

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

Filled by:

Print Name: Royce Corley                    Date: April 30, 2025

Signature: /s/

(Revised December 2011)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Evelyn, et al.

**CERTIFICATE OF SERVICE***

Docket Number: 25-84

v.

Rantab, et al.

I, Royce Corley, pro se , hereby certify under penalty of perjury that
_____
(print name)

on May 16, 2025 , I served a copy of Plaintiff's Oral Argument Statement
_____
(date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery    X United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    X E-Mail (on consent)

on the following parties:

Phillip Young        phyoung@law.nyc.gov

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Alexandra Gil | agil@hpmb.com | | | |
| Name | Address | City | State | Zip Code |
| Gabrielle Apfel | gapfel@hpmb.com | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 16, 2025
_____
Today's Date

/s/ M
_____
Signature

Certificate of Service Form (Last Revised 12/2015)

CORLEY INTEGRATED PARALEGAL SERVICES
99 WALL STREET, SUITE 4837
NEW YORK, NY 10005

RODNEY SQUARE POST OFFICE
MAY 19 2025
1005 DELAWARE AVE. STE 1 WILMINGTON DELAWARE 19801

10007-1503301

COURT CLERK
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
40 FOLEY SQUARE
NEW YORK, NY 10007